GREGORY W. KNOPP (SBN 237615)
JEREMY F. BOLLINGER (SBN 240132)
gknopp@akingump.com
jbollinger@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone:   310-229-1000
Facsimile:   310-229-1001

Attorneys for Defendant,
STARBUCKS CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE R. WILCOX, an individual,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>STARBUCKS CORPORATION, and DOES 1 through 20, inclusive,<br><br>　　　　　　　Defendants. | Case No. 2:14-CV-00455-JAM-DAD<br><br>[Assigned for all purposes to Honorable John A. Mendez]<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE;  ORDER**<br><br>Date Action Filed: December 6, 2013 |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the terms of the parties' written settlement agreement, Plaintiff Michelle R. Wilcox ("Plaintiff") and defendant Starbucks Corporation ("Defendant") hereby stipulate to the voluntary dismissal of this action with prejudice.

Each party is to bear his or her own costs, fees, and expenses of any type, including attorney's fees.

**IT IS SO STIPULATED.**

Dated: August 18, 2014            AKIN GUMP STRAUSS HAUER & FELD LLP
                                  GREGORY W. KNOPP
                                  JEREMY F. BOLLINGER

                                  By      /s/Jeremy F. Bollinger
                                         Jeremy F. Bollinger**
                                         Attorneys for Defendant,
                                         STARBUCKS CORPORATION

Dated: August 18, 2014            GAURAV B. KALRA, ESQ.

                                  By      /s/ Gaurav B. Kalra
                                         Gaurav B. Kalra
                                         Attorneys for Plaintiff,
                                         MICHELLE R. WILCOX

**Pursuant to L.R. 131(e), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

## **ORDER**

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and pursuant to the stipulation of the parties, this action is dismissed with prejudice. Each party is to bear his or her own costs, fees, and expenses of any type, including attorney's fees. There is no prevailing party in this action.

**IT IS SO ORDERED.**

Dated: 8/19/2014                                         /s/ John A. Mendez
                                                                    Hon. John A. Mendez
                                                                    United States District Court Judge